**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        In re Gregory T. Josefsberg

Appellate case number:    01-21-00179-CV

Trial court case number:   2018-87179

Trial court:                      165th District Court of Harris County

Relator, Gregory T. Josefsberg, has filed a petition for writ of mandamus and an emergency motion to stay trial of the underlying proceeding pending the adjudication of the petition for mandamus relief. The motion to stay is **granted.**

The Court requests a response to relator's petition for writ of mandamus. The response, if any, is due no later than 20 days from the date of this order.

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                          Acting individually

Date:  April 12, 2021